# Exhibit A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA  [X] EEOC

Agency(ies) Charge No(s): 440-2023-07114

Illinois Department of Human Rights and EEOC
State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs., Mx): Mrs. Lillian Blake
**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]
**Email Address**: [redacted]

**Street Address**: c/o Nathan Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148
**Email Address**: employment@sulaimanlaw.com

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: UPH PROCTOR HOSPITAL
**No. Employees, Members**: 15+
**Phone No.**: (309) 691-1000
**Street Address**: 5409 Knoxville Avenue Peoria, IL 61614

**DISCRIMINATION BASED ON** (Check appropriate box(es)):
[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify below)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 2021
Latest: 10/19/2022
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Lillian Blake (African American female), was hired at UPH Proctor Hospital, as a nurse in 2021, until I was unlawfully terminated on or around October 19, 2022, on the basis of my race. I have also been subjected to race-based harassment and retaliation for engaging in protected activity.

The following is a non-exhaustive list of incidents of the race-based discrimination, race-based harassment, and retaliation I was subjected to:

Within the hospital's workforce of 250 employees, approximately 10 individuals were African American. From the moment I started working, I consistently noticed a troubling trend where I was referred to as "you" rather than addressed by my name. My non-African American colleagues were referred to by their names. This practice not only stripped away my individual identity and made me feel less valued that my colleagues because of my race.

In once instance my supervisor, Jane, claimed: "You are intimidating, and I don't feel comfortable near you," merely because I was standing next to her while she was seated. This interaction felt like an overt display of racial bias and stereotyping. Such statements reinforced harmful stereotypes about African Americans, falsely portraying us as threatening or aggressive. This unwarranted characterization created a hostile work environment, undermining my professional standing.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 06 / 23 / 2023
Charging Party Signature: *Lillian Blake*

**NOTARY** – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Doc ID: 8a99d3ca16adfd314d2d9c862eeb9f073e3fd94a

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2023-07114 |
|---|---|---|

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

Throughout my employment, I consistently felt singled out and subjected to differential treatment solely based on my race. The perception that I was inherently intimidating due to the color of my skin perpetuated harmful stereotypes, deepening the divide and fostering an environment where I was subjected to unwarranted scrutiny and bias.

A deeply troubling pattern emerged where I would receive reprimands for conduct similar to that of my white colleagues; however, they would face no repercussions for engaging in similar conduct. This unequal treatment demonstrated a clear double standard and underscored the institutionalized racism present within the organization.

In response to the racial discrimination I endured, I reported the incidents to corporate, but the treatment only became worse. I actively participated in a meeting on October 18, 2022 that was purported to address issues of racial discrimination. I sought resolution, hoping that the organization would address the racism I faced. During the meeting, it became clear based on the other complaints raised by African American employees that the employer's culture of racial discrimination was long standing and pervasive. Thus, I felt I had no choice but to resign or continue to be subjected to continued discrimination and harassment. For the sake of my mental health, I could not continue to endure this treatment.

These incidents paint a disturbing picture of the deep-rooted race-based discrimination, harassment, and retaliatory practices I experienced during my employment at UPH Proctor Hospital. The discrimination and harassment I suffered led directly to my constructive termination.

Thus, I have been discriminated against and harassed because of my race and retaliated against for engaging in protected activity in violation of the Title VII of the Civil Rights Act of 1964, as amended and (775ILCS 5/) Illinois Human Rights Act

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 06 / 23 / 2023            *[signature: Lillian Raw]*<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Doc ID: 8a99d3ca16adfd314d2d9c862eeb9f073e3fd94a

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2023-07114 |
|---|---|---|
| Illinois Department of Human Rights<br>*State or local Agency, if any* | | and EEOC |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>_____  _____<br>Date         Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |